THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina Department of Social Services, Respondent,
 v.
 Natasha Prescott, Melissa Rufus, and Jamal Prescott,
 In Re: Chanel Rufus, DOB 12/20/04 Defendants,
 of whom Natasha Prescott is Appellant.
 
 
 

 
Appeal From Lee County
 George M. McFaddin, Jr., Family Court Judge

Unpublished Opinion No.  2007-UP-205
Submitted May 1, 2007  Filed May 9, 2007

AFFIRMED

 
 
 
 Charles Thomas Brooks, of Sumter, for Appellant.
 Deborah T. Nielsen, of Sumter, for Respondent.
 William Glenn Rogers, Jr., of Camden, for Guardian Ad Litem.
 
 
 

PER CURIAM:  This appeal arises from the family courts order finding Natasha Prescott physically abused Melissa Rufuss child (Child) while Child was in Prescotts custody and ordering the removal of Child from Prescotts custody.  After a thorough review of the record pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we affirm[1] the family courts ruling and grant counsels petition to be relieved.
AFFIRMED.
ANDERSON, HUFF, and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.